# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA (Atlanta)

| | | |
|---|---|---|
| NANCY SNYDER | : | |
| | : | |
| Plaintiff, | : | NO.1:18-cv-03254 |
| | : | |
| v. | : | |
| | : | |
| DELTA AIRLINES, INC. | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW this _____ day of _____, 2018, upon consideration of Plaintiff's Unopposed Consent Motion to Enlarge Time to Respond to Defendant's Motion to Dismiss, it is hereby ORDERED and DECREED that Plaintiff's Motion is GRANTED, and Plaintiff may respond/amend over to Defendant's motion by October 2, 2018.

**AND IT IS SO ORDERED.**

_____
J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA (Atlanta)

| | | |
|---|---|---|
| NANCY SNYDER | : | |
| | : | |
| Plaintiff, | : | NO.1:18-cv-03254 |
| | : | |
| v. | : | |
| | : | |
| DELTA AIRLINES, INC. | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendant. | : | |

**PLAINTIFF'S UNOPPOSED CONSENT MOTION TO ENLARGE PLAINTIFF'S RESPONSE DEADLINE TO DEFENDANT'S MOTION TO DISMISS**

Pending before this Honorable Court in the above-captioned matter is Defendant's Motion to Dismiss. (Docket No. 12).

Plaintiff respectfully request this Honorable Court grant the within consent motion to enlarge Plaintiff's response deadline to Defendant's Motion to Dismiss.

In light of the complexity of Defendant's motion, Plaintiff respectfully requests enlargement of time to respond consistent with FRCP 6(b)(1)(A) and LR 7.1(B).

Defendant concurs.

WHEREFORE, Plaintiff respectfully requests this Honorable Court grant Plaintiff's consent motion consistent with the attached proposed order.

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA (Atlanta)

| | | |
|---|---|---|
| NANCY SNYDER | : | |
| Plaintiff, | : | NO.1:18-cv-03254 |
| v. | : | |
| DELTA AIRLINES, INC. | : | **JURY TRIAL DEMANDED** |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 17th day of September, 2018, a true and correct copy of the foregoing Plaintiff's Unopposed Consent Motion to Enlarge Plaintiff's Response Deadline to Defendant's Motion to Dismiss was served via ECF, upon the following parties:

Thomas J. Munger, Esquire
Munger & Stone
999 Peachtree Street, NE
Suite 2850
Atlanta, GA 30309


**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiff