IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NANCY SNYDER, | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. |
| v. | : |
| | : 1:18-CV-3254-LMM-RGV |
| DELTA AIRLINES, INC., | : |
| Defendant. | : |

ORDER

Pending before the Court is "Plaintiff's Unopposed Consent Motion to Enlarge Plaintiff's Response Deadline to Defendant's Motion to Dismiss," [Doc. 13], and for good cause shown, the motion is **GRANTED**. The time for the plaintiff to respond to defendant's Motion to Dismiss, [Doc. 12], is extended through and including October 2, 2018.

SO ORDERED this 18th day of SEPTEMBER, 2018.

*Russell G. Vineyard*
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)